

RECEIVED
NOV 10 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **FRANKIE PARKS (D.O.C. #528590)** | **DOCKET NO. 11-CV-758; SEC. P** |
| **VERSUS** | **JUDGE DEE D. DRELL** |
| **AVOYELLES CORRECTIONAL, ET AL.** | **MAGISTRATE JUDGE JAMES D. KIRK** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims be and are hereby **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted pursuant to 28 U.S.C. §1915(e)(2)(b).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 9th day of November, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE